UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYNDHAM VACATION RESORTS, INC., and )<br>WYNDHAM VACATION OWNERSHIP, INC., )<br>)<br>Defendants. ) | No. 3:13-CV-641-PLR-CCS |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On December 9, 2013, Attorney William J. Anthony filed a Motion to Appear *Pro Hac Vice* in this case. [Doc. 19]. The Motion to Appear *Pro Hac Vice* was granted on December 16, 2013. In its Order, the Court stated "You MUST register as a CM/ECF user here: http://www.tned.uscourts.gov/RegistrationForm.php." Despite this Order, Mr. Anthony failed to register as a CM/ECF user for over eight months. During this period, the Clerk of Court expended resources physically mailing any entries in this case to Mr. Anthony. On July 11, 2014, the Clerk of Court mailed Mr. Anthony a letter reminding him that he must register as a CM/ECF user. To date, Mr. Anthony has failed to register as a CM/ECF user.

Pursuant to Local Rule 5.2, "All attorneys practicing in the Eastern District of Tennessee must register as Electronic Filing Users and file their pleadings electronically through the Case Management/Electronic Case Filing (CM/ECF) system, or show the presiding judge good cause to file and serve documents in the traditional manner." E.D. Tenn. L.R. 5.2(b).

Practitioners almost universally comply with this requirement. However, the record demonstrates that Mr. Anthony has failed to do so, despite an Order of the Court and a reminder from the Clerk of Court. Moreover, Mr. Anthony has not made a request for an exception to the registration requirement, or otherwise shown good cause for why he should not be required to comply. Mr. Anthony's inaction has required the Clerk of Court and the undersigned to expend the Court's resources attempting to remedy this issue. Accordingly, Attorney William J. Anthony is **ORDERED TO SHOW CAUSE**, on or before **September 5, 2014**, as to why he should not be immediately removed as an attorney of record in this case and why other appropriate sanctions should not issue. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Show Cause to Mr. Anthony at the address he previously provided to the Court.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge