# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE



SAMANTHA BACON, BRITTANY SMITH, )
CHASSADY FULLER, JUSTIN SUTTLES, )
CHRISTY ALLRED, AMANDA RAUHUFF, )
and DONNA BURCHFIELD, On Behalf of )
THEMSELVES and All Others Similarly Situated, )
                                                  )    FAIR LABOR STANDARDS ACT
    Plaintiffs,                             )    COLLECTIVE ACTION AND
                                                  )    RULE 23 CLASS ACTION
v.                                                     )
                                                     )
SUBWAY SANDWICHES AND SALADS, LLC, )    No. 3:14-cv-0192
EASTERN TENNESSEE SUBWAY )
DEVELOPMENT, INC., CHATTANOOGA )    JURY TRIAL DEMANDED
SUBWAY LLC, EAST TENNESSEE SUBWAY )
LLC, TRI CITIES SUBWAY LLC, FIVE STAR )
SUBWAY LLC, FOOTHILLS SUBWAY LLC, )
SUBSIDY, LLC, SUBLAND PARTNERSHIP, )
LOWE HOLDINGS, LLC, JOHN P. BOIKE, and )
RANDALL E. LOWE, )
                                                   )
    Defendants. )

**TO:    ALL INDIVIDUALS WHO, DURING ANY WORKWEEK FOR THE LAST THREE (3) YEARS, PERFORMED WORK FOR ANY OF THE DEFENDANTS AS LISTED ABOVE (HEREINAFTER "DEFENDANTS") AND AT ANY POINT WERE NOT CLASSIFIED AS STORE MANAGERS**

**RE:    FAIR LABOR STANDARDS ACT LAWSUIT**

## INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit and of the steps you must take if you desire to participate in the lawsuit. **You are under no obligation to respond to this Notice.** However, if you choose to participate in this lawsuit, the Notice explains the procedure for doing so. **PLEASE READ THIS NOTICE CAREFULLY.**

## DESCRIPTION OF LAWSUIT

Plaintiffs Samantha Bacon, Brittany Smith, Chassady Fuller, Justin Suttles, Christy Allred, Amanda Rauhuff, and Donna Burchfield ("Plaintiffs") brought this lawsuit against Defendants on behalf of themselves and all other employees who performed work for Defendants at any point during the last three years as non-manager employees. These individuals are referred to as "Non-manager Employees." The lawsuit alleges that Defendants owe Non-Manager Employees minimum wage and/or overtime pay under the Federal Fair Labor Standards Act ("FLSA") for work they performed but for which they were not compensated. To date, seven

1

Case 3:14-cv-00192-PLR-HBG   Document 12-1   Filed 06/19/14   Page 1 of 3   PageID #: 108
Case 3:13-cv-00641-DCP   Document 117-1   Filed 02/25/15   Page 2 of 4   PageID #: 1474

Non-Manager Employees have joined this lawsuit. The Court has yet to decide who will win the lawsuit.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

This lawsuit is brought on behalf of all Non-Manager Employees who meet the following requirements:

(a) were employed by one or more of the Defendants at any point during the last three years; and

(b) were, at any point during the last three years, not classified as "store managers" for Defendants.

If you fit the definition above, you have a right to participate in this lawsuit by mailing, emailing, or faxing the attached Consent Form to the law firm for the Non-Manager Employees:

> James H. Price, Esq.
> W. Allen McDonald, Esq.
> Michael R. Franz, Esq.
> LACY, PRICE & WAGNER, PC
> 249 North Peters Road, Suite 101
> Knoxville, Tennessee 37923
> (865) 246-0800

The Consent Form must be faxed, emailed, or postmarked on or before [40 DAYS FROM MAILING].

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you join this lawsuit, you will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. Joining this lawsuit does not mean that you are entitled to any unpaid overtime wages, only that the lawyers in this case will try to obtain a recovery for you.

If you choose not to join this lawsuit, you will not be affected by any ruling, judgment or settlement entered in this case, favorable or unfavorable.

If you file a Consent Form, your continued right to participate in this lawsuit may depend upon future Court rulings. Further, you may be required to participate in discovery and attend court hearings.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees participating in this lawsuit. Therefore, Defendants are prohibited from discharging you or retaliating against you in any other way because you choose to participate in this lawsuit.

2

Case 3:14-cv-00192-PLR-HBG  Document 12-1  Filed 06/19/14  Page 2 of 3  PageID #: 109
Case 3:13-cv-00641-DCP  Document 117-1  Filed 02/25/15  Page 3 of 4  PageID #: 1475

## CURRENT OR FORMER EMPLOYEE FLSA SETTLEMENT

If you accepted a settlement payment of compensation and signed a U.S. Department of Labor form WH-58 Receipt for Payment of Back Wages, Employment Benefits or other Compensation, you may have given up your right to join in this lawsuit.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to participate in this lawsuit by completing and returning the attached Consent Form, your interests will be represented by the following lawyers:

James H. Price, Esq.
W. Allen McDonald, Esq.
Michael R. Franz, Esq.
LACY, PRICE & WAGNER, PC
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
(865) 246-0800

You will not be required to pay any legal fees to these lawyers. If there is a recovery, these lawyers will receive a portion of the proceeds in the amount deemed reasonable by the Federal Court. If there is no recovery, the lawyers will receive nothing.

Please contact the above attorneys if you have any questions or desire any additional information about the lawsuit. All phone conversations will be strictly confidential.

**THIS NOTICE HAS BEEN AUTHORIZED BY THE HONORABLE PAMELA REEVES, UNITED STATES DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR OF DEFENDANTS' DEFENSES.**

_____

The Honorable Pamela Reeves
United States District Judge

3

Case 3:14-cv-00192-PLR-HBG   Document 12-1   Filed 06/19/14   Page 3 of 3   PageID #: 110
Case 3:13-cv-00641-DCP   Document 117-1   Filed 02/25/15   Page 4 of 4   PageID #: 1476