# EXHIBIT 7

September ____, 2012

## NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN

TO: All tipped employees who worked for Litton's Market and Restaurant, Inc. and Barry Litton within the last three years for at least some hours worked in one or more workweeks.

RE: Fair Labor Standards Act collective action lawsuit against Litton's Market and Restaurant, Inc. and Barry Litton for alleged improper compensation in accordance with Federal Law.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit, if you desire to do so.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, UNITED STATES DISTRICT JUDGE THOMAS A. VARLAN. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF THE DEFENDANTS' DEFENSES.

### INTRODUCTION TO THE CASE

The lawsuit at issue was filed on February 6, 2012, against Defendants LITTON'S MARKET AND RESTAURANT, INCORPORATED, and BARRY N. LITTON ("LITTON's" or "Defendants"). Plaintiff, a former "Server" for Defendants, alleges that Defendants violated the federal Fair Labor Standards Act by not properly paying eligible employees proper minimum wages for all hours worked, due to alleged impermissible tip pooling required by Defendants. The lawsuit is seeking back pay and liquidated damages from the Defendants, as well as costs and attorney's fees to compensate such eligible employees.

Plaintiff's lawyer in this case is:

Andrew Frisch, Esquire
Jennifer Bermel, Esquire
MORGAN & MORGAN, P.A.

EXHIBIT 2

Case 3:12-cv-00060-TAV-HBG   Document 18   Filed 08/30/12   Page 1 of 6   PageID #: 104
Case 3:13-cv-00641-DCP   Document 117-7   Filed 02/25/15   Page 2 of 7   PageID #: 1535

600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (888) OVERTIME or (866) 344-WAGE (9243)
Facsimile: (954) 333-3515
AFrisch@forthepeople.com
JBermel@forthepeople.com

*Attorneys for the Plaintiff*

The Court has not yet decided whether Defendants have done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be. However, you have a choice to assert your legal rights in this case. If you do not choose to do this, then you will not be entitled to share in any money award that is made in the case.

Litton's denies the allegations in the Plaintiff's lawsuit and is currently opposing the Plaintiff in the litigation of these claims. Litton's asserts that it properly compensated its employees in complete compliance with the Fair Labor Standards Act.

1.  **COMPOSITION OF THE CLASS**

The named Plaintiff seeks to sue on behalf of herself and also on behalf of other employees with whom she is similarly situated. Specifically, Plaintiff seeks to sue on behalf of any and all Servers who have worked for Litton's at any time within the past three years (or who are currently employed by Defendants), and who have been paid sub-minimum wages for at least some hours of work, as a result of Litton's policy whereby its Servers were required to pay some of their tips to Litton's other typically non-tipped employees.

2.  **YOUR RIGHT TO PARTICIPATE IN THIS SUIT**

2

Case 3:12-cv-00060-TAV-HBG   Document 18-2   Filed 08/30/12   Page 2 of 6   PageID #: 105
Case 3:13-cv-00641-DCP   Document 117-7   Filed 02/25/15   Page 3 of 7   PageID #: 1536

If you fit the definition above, you may join this case (that is, you may "opt-in") by completing and mailing the attached "Consent to Become Party Plaintiff" form to Plaintiff's counsel at the following address:

Andrew Frisch, Esquire
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (888) OVERTIME or (866) 344-WAGE (9243)
Facsimile: (954) 333-3515
AFrisch@forthepeople.com

The form must be sent to Plaintiff's counsel within forty-five (45) days from the date of mailing of this Notice. If you fail to return the Consent to Become Party Plaintiff, you may not be able to participate in this lawsuit.

3. **EFFECT OF JOINING THIS CASE**

If you choose to join in this case, you will be bound by any ruling, judgment, award, or settlement ultimately entered in this case, whether it is favorable or unfavorable. If you join this case, you may be required to respond to interrogatories and requests for production of documents, and have your testimony taken in a deposition under oath.

By joining this action, you designate the named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiff's counsel concerning fees and costs, the entering into a settlement agreement with Litton's, and all other matters pertaining to this action.

The attorney for the class Plaintiff is being paid on a contingency fee basis, which means that if there is no recovery there will be no attorney's fee. If there is a recovery, the attorney for the class will receive a part of any settlement obtained or money

judgment entered in favor of all members of the class. Costs expended by Plaintiff's counsel on your behalf will be deducted from your remaining recovery. If the employee(s) lose this action, no money will be awarded, and you will not be able to file another lawsuit regarding the compensation you may claim you are entitled to. Further, if the final outcome of this lawsuit is not successful for the employees, you may be required to pay certain costs, including but not limited to Court costs. This means that you might have to pay your proportional share of the costs incurred by the collective Plaintiffs in prosecuting this action.

If you sign and return the Consent to Become Party Plaintiff form attached to this Notice, you are agreeing to the entering of an agreement with Plaintiffs' counsel concerning attorney's fees and costs, and all other matter pertaining to this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any contingency agreement entered into by Plaintiffs with counsel, and to determine the adequacy and appropriateness of Plaintiffs' counsel's fees.

Furthermore, you can join this lawsuit by counsel of your own choosing. If you do so, your attorney must file an "opt-in" consent form within forty-five (45) days of the date of this Notice.

4. **TO STAY OUT OF THE LAWSUIT**

If you do not wish to be a part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the case in any way and will not be bound by or affected by the result, whether favorable or unfavorable. Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the Fair Labor Standards Act must be brought within two (2) years of the date the claim accrues, unless the employer's violation of the law was

4

Case 3:12-cv-00060-TAV-HBG   Document 18-2   Filed 08/30/12   Page 4 of 6   PageID #: 107
Case 3:13-cv-00641-DCP   Document 117-7   Filed 02/25/15   Page 5 of 7   PageID #: 1538

"willful," in which case the claim must be brought within three (3) years. The pendency of this action will not stop the running of the statute of limitations as to any claims you may have until you file your own lawsuit.

5.  **NO RETALIATION PERMITTED**

Federal law prohibits Defendant from discharging or in any other manner discriminating against you because you "opt-in" to this case, or have in any other way exercised your own rights under the Fair Labor Standards Act.

6.  **YOUR LEGAL REPRESENTATION IF YOU JOIN**

If you choose to join this suit, and agree to be represented through plaintiffs' attorney, your counsel in this action will be.

Andrew Frisch, Esquire
Jennifer Bermel, Esquire
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (888) OVERTIME or (866) 344-WAGE (9243)
Facsimile: (954) 333-3515
AFrisch@forthepeople.com
JBermel@forthepeople.com

*Attorneys for the Plaintiff*

Litton's is represented by:

Richard W. Krieg, Esquire
Janet S. Hayes, Esquire
Joseph W. Ballard, Esquire
Lewis, King, Krieg & Waldrop, P.C.
5th Floor, 620 Market Street
P. O. Box 2425
Knoxville, Tennessee 37901
Telephone: (865) 546-4646; Facsimile: (865) 523-6529
dkrieg@lewisking.com
jhayes@lewisking.com
jballard@lewisking.com

7.  **FURTHER INFORMATION**

5

Further information about this Notice, the deadline for filing a Consent to Become Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by writing or phoning Plaintiff's counsel at the telephone number and address stated in the Paragraph titled "Introduction to the Case" above. Other than to review the filings that have been made in this case, please do not contact the Court or the Clerk of the Court directly.

Dated: _____, 2012

6

Case 3:12-cv-00060-TAV-HBG   Document 18-2   Filed 08/30/12   Page 6 of 6   PageID #: 109
Case 3:13-cv-00641-DCP   Document 117-7   Filed 02/25/15   Page 7 of 7   PageID #: 1540