
EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JESSE PIERCE and MICHAEL PIERCE,
on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.                                                Civil Action No.: 3:13-cv-00641-PLR-CCS

WYNDHAM VACATION RESORTS, INC., and
WYNDHAM VACATION OWNERSHIP, INC.,

      Defendants.

## DECLARATION OF MANDI BENSON
## PURSUANT TO FEDERAL RULE OF EVIDENCE 1006

I, Mandi Benson, declare and state as follows:

1.     I am a competent adult and have personal knowledge of the facts contained in this declaration.

2.     I am employed by Jackson Lewis P.C. as a paralegal.

3.     Attached hereto as Exhibit 1 is a chart in which I have summarized the annual gross pay information contained in the W-2s for 148 of the Plaintiffs from 2010 through 2013. These documents are being produced for confirmation.

4.     Attached hereto as Exhibit 2 is a chart in which I have summarized information from documents contained in Plaintiffs' personnel files regarding termination of employment, as well as the date the Plaintiffs' Consent Forms were filed. These personnel files are being produced to Plaintiffs' counsel for confirmation.

5. Exhibit 2 reflects that ten (10) of the current Plaintiffs are barred by the three-year statute of limitations and are either limited in their recovery or may not recover at all.

6. Exhibit 2 also reflects that thirty-one (31) of the current Plaintiffs are barred by the two-year statute of limitations and may not recover at all if that statute is applied.

7. Exhibit 1 reflects that although there are many very high earners, with an income in excess of $100,000, 71 sales people average less than $30,000 annually over the same three-year period.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of July, 2015.

_____
MANDI BENSON

4811-0214-7878, v. 1

| Plaintiff's Name | WWID | 2010 YTD | 2011 YTD | 2012 YTD | 2013 YTD | Average |
|---|---|---|---|---|---|---|
| Pierce, Jesse | 247005 | $ 906,457.34 | $ 739,805.80 | $ 753,436.67 | $ 671,945.03 | $ 767,911.21 |
| Thrift, R. Craig | 542814 | | $ 299,658.55 | $ 852,234.99 | $ 447,727.10 | $ 533,206.88 |
| Knox, Beata Elizabeth | 458753 | $ 395,835.16 | $ 588,825.30 | $ 536,608.58 | $ 376,697.73 | $ 474,491.69 |
| Abbott, James Shannon | 495677 | $ 573,057.85 | $ 339,170.92 | $ 480,845.97 | $ 488,156.82 | $ 470,307.89 |
| Higgins, Twila B. | 517934 | $ 476,358.55 | $ 422,532.46 | $ 318,385.46 | $ 146,834.40 | $ 341,027.72 |
| Garrett, Thomas | 499378 | $ 243,856.11 | $ 194,259.36 | $ 280,575.92 | $ 474,288.62 | $ 298,245.00 |
| Pierce, Sr., Michael | 126241 | $ 299,208.43 | $ 241,373.97 | $ 281,731.77 | $ 255,035.53 | $ 269,337.43 |
| Heil, Allen (Dale) | 173969 | $ 257,720.68 | $ 285,561.26 | $ 369,476.10 | $ 54,868.34 | $ 241,906.60 |
| Monday, Melissa A. | 540256 | | $ 70,124.92 | $ 133,653.35 | $ 379,227.85 | $ 194,335.37 |
| Nelon, David | 106619 | $ 240,397.09 | $ 221,894.52 | $ 136,618.71 | $ 107,644.55 | $ 176,638.72 |
| Oleson, Renee | 258304 | $ 122,717.92 | $ 167,683.50 | $ 150,758.91 | $ 169,776.44 | $ 152,734.19 |
| Cooper, Russell H. | 532420 | $ 6,555.03 | $ 277,339.45 | $ 198,700.38 | $ 87,266.31 | $ 142,465.29 |
| Pierce, Anthony Trenton | 442634 | $ 95,940.99 | $ 191,377.15 | $ 217,400.86 | $ 56,306.44 | $ 140,256.36 |
| Jeter, Sean | 478380 | $ 158,613.52 | $ 68,219.40 | $ 136,779.61 | $ 169,105.46 | $ 133,179.50 |
| Evans, Melissa | 397863 | $ 92,725.01 | $ 196,094.90 | $ 169,160.04 | $ 57,363.54 | $ 128,835.87 |
| Howard, Christine C. | 503381 | $ 195,662.68 | $ 190,704.85 | $ 101,835.88 | $ 8,908.50 | $ 124,277.98 |
| Brown, Donna | 518108 | $ 133,713.83 | $ 107,906.73 | $ 90,653.20 | $ 157,237.16 | $ 122,377.73 |
| Padgett, Randall Scott | 488794 | $ 102,402.77 | $ 137,917.87 | $ 113,914.75 | $ 97,505.24 | $ 112,935.16 |
| Walker, Misty | 551098 | | | $ 103,039.01 | $ 119,566.26 | $ 111,302.64 |
| Dodson, Charlene | 476167 | $ 47,013.77 | $ 70,805.68 | $ 174,117.66 | $ 149,183.42 | $ 110,280.13 |
| Caldwell, Samantha | 525323 | $ 64,794.62 | $ 172,688.07 | $ 88,711.86 | | $ 108,731.52 |
| Chappell, Danny | 543927 | | $ 45,045.83 | $ 129,331.37 | $ 148,086.37 | $ 107,487.86 |
| Heaton, Stacy | 534965 | $ 1,322.42 | $ 86,076.46 | $ 187,525.54 | $ 150,381.96 | $ 106,326.60 |
| Smith, Teresa A. | 498477 | $ 105,389.21 | $ 208,337.50 | $ 89,439.62 | $ 11,732.59 | $ 103,724.73 |
| Clark, Billy L. | 420271 | $ 209,047.29 | $ 101,264.91 | $ 311.33 | | $ 103,541.18 |
| Musick, Stacey | 536588 | | $ 66,632.39 | $ 100,407.99 | $ 127,833.29 | $ 98,291.22 |
| Zinsky, Jeremy | 524943 | $ 49,609.71 | $ 83,817.37 | $ 189,225.47 | $ 42,949.30 | $ 91,400.46 |
| Greene, Matthew | 525923 | $ 76,504.66 | $ 104,439.26 | | | $ 90,471.96 |
| Williamson, Brett | 569851 | | | | $ 90,288.65 | $ 90,288.65 |
| Kost, Mark J. | 427385 | $ 74,395.86 | $ 130,642.24 | $ 62,780.70 | | $ 89,272.93 |
| Matossian, Levon | 247752 | $ 169,763.63 | $ 5,801.47 | | | $ 87,782.55 |
| Rasnick, Emily | 503611 | $ 81,745.50 | $ 78,011.22 | $ 112,466.58 | $ 70,522.21 | $ 85,686.38 |
| Bate, Adam | 553612 | | | $ 24,435.80 | $ 146,176.23 | $ 85,306.02 |
| Bowery, Stephen | 530601 | $ 13,505.61 | $ 195,248.09 | $ 32,462.50 | | $ 80,405.40 |
| Myrick, Heather | 521335 | $ 20,375.04 | $ 68,703.56 | $ 133,983.62 | $ 88,810.06 | $ 77,968.07 |
| Nelon, Tiffany Erin | 241668 | $ 91,924.15 | $ 80,612.04 | $ 68,821.25 | $ 65,800.90 | $ 76,789.59 |
| Nava, Tammy | 489311 | $ 107,886.09 | $ 107,225.75 | $ 14,768.47 | | $ 76,626.77 |
| (Buchanan) Frye, Sarah | 105169 | | $ 76,004.90 | | | $ 76,004.90 |
| Katsaras, Michael | 537319 | | $ 40,203.05 | $ 78,166.82 | $ 102,549.06 | $ 73,639.64 |
| Hickman, Tyrone | 388786 | $ 106,695.17 | $ 97,834.57 | $ 4,704.33 | | $ 69,744.69 |
| Hurst, Daniel | 551103 | | | $ 63,661.62 | $ 71,627.42 | $ 67,644.52 |
| Christy, Sarah Ellen | 325611 | $ 47,700.77 | $ 85,068.70 | | | $ 66,384.74 |
| Campbell, James | 543312 | | $ 42,822.67 | $ 94,830.98 | $ 44,475.83 | $ 60,709.83 |
| Rodgers IV, Cowan | 559723 | | | $ 15,186.55 | $ 102,621.37 | $ 58,903.96 |
| Neuenschwander, Roy Patrick | 504504 | $ 43,878.90 | $ 53,542.29 | $ 71,566.58 | $ 65,050.31 | $ 58,509.52 |
| Cheij, Alana | 540056 | | $ 49,781.04 | $ 66,450.67 | | $ 58,115.86 |
| Lucas, Nick | 531041 | $ 34,323.64 | $ 85,262.31 | $ 93,475.60 | $ 16,061.41 | $ 57,280.74 |
| Bonnette, Randolph David | 559730 | | | $ 38,902.64 | $ 74,458.87 | $ 56,680.76 |
| English, Clark | 569936 | | | | $ 56,513.53 | $ 56,513.53 |
| Landers, Peter E. | 407378 | $ 55,893.24 | $ 74,216.30 | $ 62,949.39 | $ 8,721.04 | $ 50,444.99 |
| Finley, Randy | 532029 | $ 18,458.83 | $ 46,093.50 | $ 84,568.61 | $ 48,586.19 | $ 49,426.78 |
| Tesh, Bryan S. | 505539 | $ 66,592.40 | $ 55,771.95 | $ 23,661.42 | $ 50,236.57 | $ 49,065.59 |

EXHIBIT 1

| Plaintiff's Name | WWID | 2010 YTD | 2011 YTD | 2012 YTD | 2013 YTD | Average |
|---|---|---|---|---|---|---|
| Burroughs, Krysty | 120190 | $ 97,655.96 | $ 38,793.25 | $ 10,214.18 | | $ 48,887.80 |
| Goodall, David | 105614 | $ 90,317.96 | $ 49,652.27 | $ 21,393.32 | $ 30,451.76 | $ 47,953.83 |
| Caldwell, Stacy | 540903 | | $ 25,247.97 | $ 57,215.26 | $ 59,531.74 | $ 47,331.66 |
| Magee, Perry | 474311 | $ 22,044.55 | | | $ 70,838.89 | $ 46,441.72 |
| Pierce, Jr., Mike | 400267 | $ 88,548.62 | $ 52,764.66 | $ 30,384.59 | $ 10,940.84 | $ 45,659.68 |
| Davis, Brenda | 537960 | | $ 73,210.78 | $ 14,261.71 | | $ 43,736.25 |
| Repass, William H. | 518105 | $ 75,643.27 | $ 32,547.27 | $ 57,353.55 | $ 8,085.62 | $ 43,407.43 |
| Wirgau, Jaxon | 554512 | | | $ 21,713.69 | $ 62,271.65 | $ 41,992.67 |
| Aumiller, Renee | 543924 | | $ 78,168.46 | $ 36,515.06 | $ 10,912.80 | $ 41,865.44 |
| Taylor, Rodney | 459705 | $ 43,092.89 | $ 14,697.05 | $ 96,809.34 | $ 10,776.75 | $ 41,344.01 |
| Ousley, Jeremy | 476170 | $ 74,494.57 | $ 48,154.15 | $ 75.00 | | $ 40,907.91 |
| Ross, Carly | 567941 | | | | $ 40,695.18 | $ 40,695.18 |
| Yuhas, Stephen W. | 398544 | $ 44,143.98 | $ 41,877.08 | $ 37,110.31 | $ 39,031.92 | $ 40,540.82 |
| Siler, Tony | 511601 | $ 47,121.78 | $ 45,065.32 | $ 21,403.73 | | $ 37,863.61 |
| West, Robert Bryant | 433148 | $ 80,696.01 | $ 37,347.91 | $ 30,877.00 | $ 668.38 | $ 37,397.33 |
| Taylor, Rachael A. | 387945 | $ 34,080.62 | $ 28,412.79 | $ 50,184.78 | $ 32,351.31 | $ 36,257.38 |
| Thornton, Jodie | 534585 | $ 3,695.24 | $ 96,697.17 | | $ 6,229.97 | $ 35,540.79 |
| Simerka, Charles T. | 105863 | $ 53,043.64 | $ 16,885.31 | | | $ 34,964.48 |
| McGlothin, Terry | 476142 | $ 52,668.27 | $ 33,633.74 | $ 23,347.57 | $ 26,480.52 | $ 34,032.53 |
| McBride, Laurie J. | 503544 | | $ 67,382.06 | $ 546.56 | | $ 33,964.31 |
| Albertini/Malicote, Amber Leigh | 539366 | | $ 23,939.56 | $ 58,395.22 | $ 18,050.61 | $ 33,461.80 |
| Banks, Rondal T. | 539020 | | $ 48,616.91 | $ 18,250.85 | | $ 33,433.88 |
| Dodson, James Eric | 572365 | | | | $ 33,210.01 | $ 33,210.01 |
| Shalhoup, Jr., Leo | 521873 | $ 29,773.43 | $ 54,982.55 | $ 13,047.44 | | $ 32,601.14 |
| Chappell, Nicholas | 550191 | | | $ 32,182.76 | $ 28,173.75 | $ 30,178.26 |
| Smith Harrington, Christina | 549319 | | | $ 49,714.93 | $ 9,691.64 | $ 29,703.29 |
| Ellis, Robert S. | 527420 | $ 48,793.29 | $ 38,123.99 | $ 1,614.84 | | $ 29,510.71 |
| Evans, Brandon | 535920 | $ 233.81 | $ 30,844.52 | $ 21,858.76 | $ 61,114.29 | $ 28,512.85 |
| Hart, David | 537292 | | $ 24,840.87 | $ 20,786.57 | $ 39,842.04 | $ 28,489.83 |
| White, Jerry | 560002 | | | $ 6,523.94 | $ 48,852.89 | $ 27,688.42 |
| Furlow, Derrick | 532033 | $ 14,164.74 | $ 18,837.16 | $ 26,511.25 | $ 50,887.89 | $ 27,600.26 |
| Rang, Richard | 562707 | | | $ 3,245.14 | $ 50,799.78 | $ 27,022.46 |
| Dzaman, William H. | 415253 | $ 54,992.50 | $ 23,404.81 | $ 2,625.58 | | $ 27,007.63 |
| Watts, Cody | 545710 | | $ 9,096.15 | $ 40,573.41 | $ 30,127.32 | $ 26,598.96 |
| Williams, Heather D. | 551341 | | | $ 48,862.70 | $ 4,007.00 | $ 26,434.85 |
| Gallihugh, James L. | 516861 | $ 57,753.42 | $ 20,731.94 | $ 26,908.13 | $ 204.35 | $ 26,399.46 |
| Dalton, Bradley D. | 553432 | | | $ 30,986.65 | $ 21,237.26 | $ 26,111.96 |
| Pierce, Lisa | 543890 | | $ 15,785.55 | $ 36,656.47 | $ 23,569.66 | $ 25,337.23 |
| Rentsch, Thomas D. | 538634 | | $ 43,960.67 | $ 4,522.22 | | $ 24,241.45 |
| Hatchett, Nakia M. | 538841 | | $ 14,259.64 | $ 53,727.99 | $ 3,678.25 | $ 23,888.63 |
| Reid, James Walter | 438414 | $ 50,858.21 | $ 20,418.13 | $ 250.25 | | $ 23,842.20 |
| Yocum, Jason | 542891 | | $ 40,718.76 | $ 6,070.41 | | $ 23,394.59 |
| Capehart, Tracy | 534982 | $ 2,572.05 | $ 45,428.74 | $ 41,900.73 | $ 2,482.61 | $ 23,096.03 |
| Swafford, Jeanne | 470258 | $ 43,466.44 | $ 2,288.20 | | | $ 22,877.32 |
| Benedict, Shirley | 347971 | $ 29,864.88 | $ 29,240.70 | $ 19,506.39 | $ 5,872.80 | $ 21,121.19 |
| McGinty, Judith | 106176 | $ 51,482.40 | $ 22,634.15 | $ 9,523.08 | $ 762.57 | $ 21,100.55 |
| Whaley, Amber | 523188 | | | $ 39,004.92 | $ 2,944.96 | $ 20,974.94 |
| Brooks, Steven | 546981 | | $ 3,274.21 | $ 54,898.95 | $ 4,706.89 | $ 20,960.02 |
| Slone, Rebecca | 572485 | | | | $ 20,793.65 | $ 20,793.65 |
| Stallings, Bobby Harold | 106004 | $ 30,928.54 | $ 19,603.97 | $ 16,849.58 | $ 13,264.59 | $ 20,161.67 |
| Collins, Wendy | 551751 | | | $ 19,138.11 | | $ 19,138.11 |
| Hicks, James H. | 531197 | $ 11,108.70 | $ 29,342.78 | $ 16,017.52 | | $ 18,823.00 |

EXHIBIT 1

| Plaintiff's Name | WWID | 2010 YTD | 2011 YTD | 2012 YTD | 2013 YTD | Average |
|---|---|---|---|---|---|---|
| Waits, Jamie | 534085 | $ 3,377.94 | $ 9,562.31 | $ 41,496.00 | $ 19,046.52 | $ 18,370.69 |
| Kyle, Doug | 543872 | | $ 16,922.15 | $ 36,419.40 | $ 1,114.50 | $ 18,152.02 |
| Smith, George D. | 323137 | $ 26,488.09 | $ 11,242.69 | $ 16,159.46 | $ 18,427.63 | $ 18,079.47 |
| Price, Leslie Ann | 550360 | | | $ 17,730.16 | $ 18,300.40 | $ 18,015.28 |
| Fenner, James M. | 539115 | | $ 36,304.85 | $ 16,691.20 | $ 304.25 | $ 17,766.77 |
| Layman, Steven | 529591 | $ 19,829.72 | $ 13,539.18 | | | $ 16,684.45 |
| Abbott, Kisa | 505497 | $ 21,253.29 | $ 24,580.04 | $ 760.79 | | $ 15,531.37 |
| Dickerson, Robin | 497657 | $ 14,374.11 | $ 626.21 | $ 36,788.86 | $ 9,821.07 | $ 15,402.56 |
| Lindsey, Mitzi | 576349 | | | | $ 15,306.72 | $ 15,306.72 |
| Gray, Dennis | 542817 | | $ 18,225.53 | $ 25,639.70 | $ 350.00 | $ 14,738.41 |
| Farmer, Amanda | 466279 | $ 26,644.13 | $ 1,742.70 | | | $ 14,193.42 |
| Naumoff, Paul | 105560 | $ 979.49 | $ 37,371.80 | $ 13,453.14 | $ 3,284.13 | $ 13,772.14 |
| Bensley, William | 537805 | | $ 13,588.61 | | | $ 13,588.61 |
| Brown, Lisa | 577140 | | | | $ 13,057.35 | $ 13,057.35 |
| Cornwell, Jasyntha | 462257 | | | $ 4,115.95 | $ 21,431.81 | $ 12,773.88 |
| Thacker, Jessica N. | 538631 | | $ 19,091.52 | $ 6,003.85 | | $ 12,547.69 |
| Dalton, Clay | 571731 | | | | $ 12,447.11 | $ 12,447.11 |
| Farmer, Charles Bryan | 576917 | | | | $ 11,984.96 | $ 11,984.96 |
| Lewanksi, Karl | 517448 | $ 21,687.64 | $ 696.96 | | | $ 11,192.30 |
| Drew, Belinda | 508029 | | $ 19,649.45 | $ 12,679.25 | $ 250.00 | $ 10,859.57 |
| Moore, Juanita | 572295 | | | | $ 10,847.10 | $ 10,847.10 |
| Bullock, Rebecca | 523940 | $ 17,065.43 | $ 3,486.89 | | | $ 10,276.16 |
| Helton, Zach | 545711 | | $ 3,990.53 | $ 16,442.47 | | $ 10,216.50 |
| Selfridge, Joshua | 540550 | | | $ 1,961.50 | $ 16,971.77 | $ 9,466.64 |
| Panzera, Carol Ann | 519350 | | $ 16,588.85 | $ 1,407.04 | | $ 8,997.95 |
| Maples, Christopher | 530588 | $ 7,849.34 | $ 1,045.49 | $ 10,374.32 | $ 13,698.32 | $ 8,241.87 |
| Huskey, Michael | 550193 | | | $ 16,162.70 | $ 180.03 | $ 8,171.37 |
| Dennis, Jr., James | 569845 | | | | $ 6,827.78 | $ 6,827.78 |
| Sweeley, Tiffany | 544263 | | $ 10,346.63 | $ 2,921.24 | | $ 6,633.94 |
| Daboval, Ada | 537792 | | $ 6,500.64 | | | $ 6,500.64 |
| Patterson, Renee | 580127 | | | | $ 5,868.13 | $ 5,868.13 |
| Jones, Deborah A. | 485303 | $ 501.82 | | $ 8,604.71 | $ 7,970.97 | $ 5,692.50 |
| Dennis, Amy | 569844 | | | | $ 5,658.68 | $ 5,658.68 |
| Blount, Benjamin | 551109 | | | $ 4,899.19 | | $ 4,899.19 |
| Chappell, Jean Kay | 554511 | | | $ 4,696.85 | | $ 4,696.85 |
| Hope, Joseph | 551293 | | | $ 4,602.85 | | $ 4,602.85 |
| Kimbrough, Robert | 544394 | | $ 4,409.14 | | | $ 4,409.14 |
| Carson, Craig F. | 105530 | | $ 3,345.93 | $ 4,187.40 | | $ 3,766.67 |
| Bogardus, Claudia | 562709 | | | $ 2,812.60 | $ 3,713.45 | $ 3,263.03 |
| Edwards, Shellis | 545280 | | $ 5,430.43 | $ 200.10 | | $ 2,815.27 |
| Culbertson, Charles | 512183 | $ 3,581.08 | | $ 2,555.24 | $ 1,704.94 | $ 2,613.75 |
| Norris, Brian | 562780 | | | $ 1,414.13 | $ 2,550.21 | $ 1,982.17 |
| Griffin, Dolly | 562125 | | | $ 1,678.36 | | $ 1,678.36 |
| Griffin, Charles | 562124 | | | $ 2,821.23 | $ 100.10 | $ 1,460.67 |

EXHIBIT 1

Barred 3-year

| PLAINTIFF'S NAME | OPT-IN DATE | LAST DAY WORKED AS A SALES REP IN TENNESSEE | Docket Entry | Bates # |
|---|---|---|---|---|
| Bensley, William | 06/30/15 | 11/2/2011 | 129-1 | n/a |
| (Buchanan) Frye, Sarah | 07/10/15 | 9/1/2011 | 130-1 | n/a |
| Daboval, Ada | 07/17/15 | 7/11/2011 | 131-1 | n/a |
| Edwards, Shellis | 07/10/15 | 1/6/2012 | 130-1 | n/a |
| Evans, Adam | 07/24/15 | 12/8/2011 | 132-1 | n/a |
| Layman, Steven | 07/17/15 | 4/9/2011 | 131-1 | n/a |
| Lewanski, Karl | 08/25/14 | 1/28/2011 | 87-1 | Wyndham077089 |
| Matossian, Levon | 08/25/14 | 12/29/2010 | 87-1 | Wyndham077370 |
| Nava, Tammy | 05/07/15 | 3/31/2012 | 124-1 | n/a |
| Reid, James Walter | 03/25/15 | 7/21/2011 | 122-1 | n/a |

EXHIBIT 2

| PLAINTIFF'S NAME | OPT-IN DATE | LAST DAY WORKED AS A SALES REP IN TENNESSEE | Docket Entry | Bates # |
|---|---|---|---|---|
| Bensley, William | 06/30/15 | 11/2/2011 | 129-1 | n/a |
| (Buchanan) Frye, Sarah | 07/10/15 | 9/1/2011 | 130-1 | n/a |
| Bullock, Rebecca | 11/18/13 | 6/17/2011 | 13-1 | Wyndham016576-Wyndham016577 |
| Chappell, Jean Kay | 06/30/15 | 9/15/2012 | 129-1 | n/a |
| Christy, Sarah Ellen | 10/23/13 | 10/17/2011 | 1-3 | Wyndham011051-Wyndham011053 |
| Daboval, Ada | 07/17/15 | 7/11/2011 | 131-1 | n/a |
| Dennis, Amy | 06/22/15 | 5/21/2013 | 127-1 | n/a |
| Dennis, Jr., James Ellis | 06/22/15 | 5/1/2013 | 127-1 | n/a |
| Drew, Belinda | 06/15/15 | 8/23/2012 | 126-1 | n/a |
| Edwards, Shellis | 07/10/15 | 1/6/2012 | 130-1 | n/a |
| Evans, Adam | 07/24/15 | 12/8/2011 | 132-1 | n/a |
| Farmer, Amanda | 11/12/13 | 3/1/2011 | 12-1 | Wyndham013991 |
| Griffin, Charles | 06/15/15 | 1/5/2013 | 126-1 | n/a |
| Griffin, Dolly | 06/15/15 | 12/3/2012 | 126-1 | n/a |
| Hickman, Tyrone | 09/05/14 | 1/21/2012 | 94-1 | Wyndham077019 |
| Hope, Joseph | 06/22/15 | 6/22/2012 | 127-1 | n/a |
| Huskey, Michael | 06/15/15 | 7/31/2012 | 126-1 | n/a |
| Layman, Steven | 07/17/15 | 4/9/2011 | 131-1 | n/a |
| Lewanski, Karl | 08/25/14 | 1/28/2011 | 87-1 | Wyndham077089 |
| Matossian, Levon | 08/25/14 | 12/19/2010 | 87-1 | Wyndham077370 |
| Naumoff, Paul | 06/15/15 | 7/4/2012 | 126-1 | n/a |
| Nava, Tammy | 05/07/15 | 3/31/2012 | 124-1 | n/a |
| Ousley, Jeremy | 11/25/13 | 11/15/2011 | 15-1 | Wyndham062785 |
| Panzera, Carol Ann | 02/24/14 | 2/19/2012 | 43-1 | Wyndham070535 |
| Reid, James Walter | 03/25/15 | 7/21/2011 | 122-1 | n/a |
| Rentsch, Thomas | 09/10/14 | 1/29/2012 | 96-1 | Wyndham077759 |
| Selfridge, Joshua | 06/15/15 | 6/6/2013 | 126-1 | n/a |
| Shalhoup, Leo | 08/25/14 | 4/3/2012 | 87-1 | Wyndham078086 |
| Simerka, Charles T. | 02/06/14 | 8/8/2011 | 41-1 | Wyndham070892 |
| Swafford, Jeanne | 11/12/13 | 3/9/2011 | 12-1 | Wyndham068007 |