IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | ) ) ) ) | Civil Action No.: 3:13-cv-00641-CCS |
| Plaintiffs, | ) ) ) | District Judge: Pamela L. Reeves Magistrate Judge: C. Clifford Shirley, Jr. |
| v. | ) ) | |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

Please take notice that Defendants Wyndham Vacation Resorts, Inc. ("WVR") and Wyndham Vacation Ownership, Inc. ("WVO") (referred to collectively as "Defendants"), withdraw Defendants' Motion for Summary Judgment as to FLSA 7(i) Exemption (Doc. 244), Statement of Undisputed Material Facts Supporting Defendants' Motion for Summary Judgment as to FLSA 7(i) Exemption (Doc. 245) and Memorandum of Law in Support of Defendants' Motion for Summary Judgment as to 7(i) Exemption (Doc. 246).

On May 26, 2017, Wyndham filed Defendants' Amended Answer to Plaintiffs' Complaint (Doc. 261) by consent (Doc. 260) withdrawing its affirmative defenses based on setoff and the retail or service establishment exception provided in U.S.C. § 207(i). As a result the motion for summary judgment is moot.

Respectfully submitted,


s/ Colby S. Morgan
Colby S. Morgan, Jr. (TN Bar No. 005556)
O. John Norris, III (TN Bar No. 017504)
Craig A. Cowart (TN Bar No. 017316)
JACKSON LEWIS P.C.
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: norrisj@jacksonlewis.com
colby.morgan@jacksonlewis.com
craig.cowart@jacksonlewis.com

William J. Anthony *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
18 Corporate Woods Blvd, 3rd Floor
Albany, NY 12211
Telephone: (518) 649-9643
Facsimile: (518) 427-5956
Email: AnthonyW@jacksonlewis.com

Paul DeCamp *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Telephone: (703) 483-8305
Email: DeCampP@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

# CERTIFICATE OF SERVICE

      I hereby certify that I have this 26th day May, 2017, filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following individuals of record:

                Martin D. Holmes (TN Bar No. 012122)
                Darrell L. West (TN Bar No. 005962)
                DICKINSON WRIGHT PLLC
                424 Church Street, Suite 1401
                Nashville, TN 37219
                Telephone: (615) 244-6538
                Facsimile: (615) 256-8386
                Email: mdholmes@dickinsonwright.com
                        dwest@dickinsonwright.com

                Sherry D. O'Neal # P62288
                500 Woodward Avenue, Suite 4000
                Detroit, MI 4822
                Telephone: (313) 223-3500
                Email: soneal@dickinsonwright.com

                *ATTORNEYS FOR PLAINTIFFS*
                *Opt-in Plaintiffs and Collective Class*

                                s/ Colby S. Morgan
                                Counsel for Defendants

4844-8776-9929, v. 1