IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO. 3:13-cv-641 |
| Plaintiffs, | ) ) ) | District Judge: Pamela L. Reeves Magistrate Judge: C. Clifford Shirley, Jr. |
| v. | ) ) | |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) ) | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Come Plaintiffs and give notice of their withdrawal of Plaintiffs' Motion for Summary Judgment and related pleadings on the issue of whether Plaintiffs and Opt-in Plaintiffs were exempt from the overtime requirements of the FLSA pursuant to Section 207(i), commonly referred to as the retail or service establishment exemption. *See Docs. 239-241*.

On May 26, 2017, Defendants filed an Amended Answer withdrawing their affirmative defense based on the retail or service establishment exemption. *Doc. 260*. Defendants also withdrew Defendants' Motion for Summary Judgment on this issue. *Doc. 262*.

Based on the foregoing, Plaintiffs' Motion for Summary Judgment on this issue is moot, and Plaintiffs hereby give notice of withdrawal of Plaintiffs' Motion.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Martin D. Holmes
    Martin D. Holmes, # 012122
    Darrell L. West, # 005962
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, TN 37219
    Phone: (615) 244-6538
    Facsimile: (844) 670-6009
    mdholmes@dickinsonwright.com
    dwest@dickinsonwright.com

    Sherry D. O. Taylor # P62288
    500 Woodward Avenue, Suite 4000
    Detroit, MI 48226
    Phone: (313) 223-3500
    Facsimile: (844) 670-6009
    soneal@dickinsonwright.com

*Attorneys for Plaintiffs and Opt-in Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 2, 2017, a true and correct copy of the foregoing has been sent via electronic mail to the following:

| | |
|---|---|
| O. John Norris, III<br>Craig Cowart<br>Colby S. Morgan, Jr.<br>JACKSON LEWIS LLP<br>999 Shady Grove Rd., Suite 110<br>Memphis, TN 38120<br>norrisj@jacksonlewis.com<br>craig.cowart@jacksonlewis.com<br>morganc@jacksonlewis.com | William J. Anthony<br>JACKSON LEWIS LLP<br>18 Corporate Woods Boulevard<br>Albany, NY 12211<br>anthonyw@jacksonlewis.com<br><br>Paul DeCamp<br>JACKSON LEWIS LLP<br>10701 Parkridge Blvd., Suite 300<br>Reston, VA 20191<br>decampp@jacksonlewis.com<br><br>/s/ Martin D. Holmes<br>Martin D. Holmes |

NASHVILLE 57404-1 603964v1

2