# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | )<br>)<br>) CASE NO. 3:13-cv-641 |
| Plaintiffs, | )<br>) District Judge: Pamela L. Reeves<br>) Magistrate Judge: C. Clifford Shirley, Jr. |
| vs. | ) |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) COLLECTIVE ACTION COMPLAINT<br>) FOR VIOLATIONS OF THE FAIR<br>) LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) |

## NOTICE OF FILING PLAINTIFFS' COUNTER-DESIGNATIONS IN RESPONSE TO DEFENDANTS' DEPOSITION DESIGNATIONS

Plaintiffs hereby give notice of their filing of Plaintiffs' Counter-Designations in Response to Defendants' Deposition Designations, with attached deposition excerpts and exhibits.

Dated: December 1, 2017

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Martin D. Holmes
    Martin D. Holmes, # 012122
    Darrell L. West, # 005962
    Peter F. Klett, #012688
    M. Reid Estes, Jr., #009043
    Autumn L. Gentry #20766
    Fifth Third Center, Suite 800
    424 Church Street
    Nashville, TN 37219
    Phone: (615) 244-6538
    mdholmes@dickinsonwright.com
    dwest@dickinsonwright.com
    pklett@dickinsonwright.com
    restes@dickinsonwright.com
    agentry@dickinsonwright.com

Sherry D. O'Neal #P62288  
500 Woodward Avenue, Suite 4000  
Detroit, MI 48226  
Phone: (313) 223-3500  
soneal@dickinsonwright.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, a true and correct copy of the foregoing has been served on the following individuals via email:

| | |
|---|---|
| Craig A. Cowart<br>O. John Norris, III<br>Colby S. Morgan, Jr.<br>JACKSON LEWIS LLP<br>999 Shady Grove Rd., Suite 110<br>Memphis, TN 38120<br>craig.cowart@jacksonlewis.com<br>norrisj@jacksonlewis.com<br>morganc@jacksonlewis.com | William J. Anthony<br>JACKSON LEWIS LLP<br>18 Corporate Woods Boulevard<br>Albany, NY 12211<br>anthonyw@jacksonlewis.com |

                                                                             /s/ Martin D. Holmes  
                                                                             Martin D. Holmes

NASHVILLE 57404-1 623033v1