IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs. : No. 3:13-cv-00641

WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC.,

Defendants.

DEPOSITION OF ANGELA WOODS
March 21, 2017

APPEARANCES:

SHERRY D. O'NEAL
Attorney for the Plaintiffs
Dickinson Wright
424 Church Street
Suite 1401
Nashville, TN 37219

COLBY MORGAN
Attorney for the Defendants
Jackson Lewis, P.C.
999 Shady Grove Road
Suite 110
Memphis, TN 38120

MAGNA LEGAL SERVICES
866-624-6221
www.MagnaLS.com





2d6da457-38ec-4b80-a228-825ea1751545

were at Wyndham?

A. No.

Q. Your manager, Connie McLaughlin, did she ever talk to you about timekeeping policies or practices?

A. No.

Q. Did anybody ever talk to you about timekeeping practices or policies?

A. No.

Q. Did anybody ever tell you about how many hours you should be working a week?

A. Not as far as management. I did ask questions, because managers would come around and show us papers that we -- you know, they would say, "Do you see what you did yesterday?" or "Do you see what you've done this morning? You're going to have to start watching your hours."

Q. Who told you that?

A. Our manager, Connie, she would be the one that would show me mine. Just us talking amongst ourselves and listening to some of the older employees, we learned that we were not to go over 40 hours. And I did have to watch my time really closely, because my -- the tours that I would get would be later in the afternoon, so if I clocked in in the morning, I had to






2d6da457-38ec-4b80-a228-825ea1751545

make sure that if I got a tour that afternoon, I would have to clock out before sometimes I would take a tour or I would run over at the end of the week. I did learn that I had to keep watching my hours during the day.

Q. When was it that Connie McLaughlin said you needed to start watching your hours?

A. This didn't just happen one day a week or a specific time during the day. It happened numerous times throughout the week.

Q. Every week?

A. Every week.

Q. Was she speaking to you individually or to you in a group?

A. No. She would come to you individually, not only her but other managers as well, but, like I said, my manager would come to me and let me know I needed to watch my hours. Like Wednesday, Thursday would be good days that they would start telling people they need to start watching their hours.

Q. Why was that?

A. Toward the end of the -- I think our pay period -- I can't remember if it ended on Thursday or Friday, but we knew not to go over -- Connie never come out and told me that I couldn't go over 40 hours, but knowing that she's telling you you need to watch your






2d6da457-38ec-4b80-a228-825ea1751545

hours, you knew that -- why would you have to watch your hours if you wasn't supposed to be going over 40?

Q. So, I take it, then that no manager ever told you that you could not work over 40 hours a week; is that right?

A. We could stay there and work as long as we wanted to. You know, like me, I didn't get my tours until the evening, because, obviously, they are going to give somebody that sold the tour the morning. I didn't get my tours until the afternoon, so I could stay as long as I wanted, I just --

Q. So in other words -- go ahead, finish your answer.

A. I could work as long as I wanted to, but my timecard could not say over 40.

Q. Who told you that your timecard couldn't show over 40?

A. That is why she was telling us to watch our hours. We had to make sure that what we punched was not going over 40 hours.

Q. But if Connie didn't tell you that your timecard shouldn't show over 40 hours, who did tell you that?

A. Well, it was just -- like I said, it was among -- because when I first started and they would --





2d6da457-38ec-4b80-a228-825ea1751545

I was used to going into a job, you clock in, you clock out, 40 hours, that was it. I had never been -- I had never had somebody come to me and say, "You need watch your hours, you have worked eight hours yesterday or you you're going to ten hours today, you had ten hours today, eight yesterday, and then today you're going to have 11." I kind of wondered what was going on, but this was going on when I actually first came to the Wilderness. It didn't just start when our group got there. So just among everybody else, we heard, you know, they are not going to pay you over 40 hours.

Q. So you heard that from coworkers?

A. Yes.

Q. You didn't hear that from management, did you?

A. Right.

Q. Which of your coworkers or other sales representatives told you that you could not work over 40 hours?

A. I can't give you a name, and I can't remember, but why would my manager tell me to watch my hours if I wasn't supposed to go over 40 hours?

Q. Did you ask her?

A. No, I did not, and, you know, now I see that I should have.





2d6da457-38ec-4b80-a228-825ea1751545

that's two weeks. But that's not what's covered in this earning statement, Exhibit 14.

MS. O'NEAL: I'm going to object. That calls for speculation. She's already testified she doesn't know when exactly her training began, but you can answer the question.

THE WITNESS: I don't remember.

BY MR. MORGAN:

Q. So you don't know whether this overtime payment in Exhibit 14 resulted from training or from just working ten hours of overtime as a front line salesperson; is that right?

A. I do not remember, and that could have been why she told me to watch my hours.

Q. So from that time on, you did not work beyond 40 hours a week; is that right?

MS. O'NEAL: Objection. Mischaracterizes prior testimony. She said she did not record more than 40 hours. She did not say she did not work --

MR. MORGAN: I wasn't talking about recorded.

BY MR. MORGAN:

Q. Well, did you work more than 40 hours a





2d6da457-38ec-4b80-a228-825ea1751545

week after Ms. McLaughlin told you to watch your hours?

A. Yes, I did.

Q. You did? Okay. When did you work more than 40 hours a week?

A. Every week. I was there more than 40 hours every week.

Q. When you started at Wyndham, was there a time clock?

A. Yes.

Q. I mean, they had a time clock?

A. Yes.

Q. And you were supposed to clock in and out?

A. Yes, we did.

Q. And did you clock in and out yourself?

A. Yes.

Q. When did you typically clock in at the start of the day?

A. Before we started our training, we clocked in that morning, and then we clocked out that afternoon. I think we had to clock out for lunch then as well.

Q. During training?

A. Yes.

Q. And then after lunch, you would clock back in?

A. Yes.





2d6da457-38ec-4b80-a228-825ea1751545

that those sales representatives left to go home?

A. No.

Q. Did some of the sales representatives leave as early as, say, between 2:00 and 3:00 in the afternoon?

A. I have no idea. I wouldn't think they left that early, but I don't know for sure.

Q. Can you give me a percentage of the number of sales representatives who left before the evening hours?

A. When I left in the evening, there was still people there, not as many people as in the day, but you are saying 2:00 and 3:00. There were still several people there at that time during that day. Now, in the evening when I left, people were gone, but --

Q. Would you say 25 percent of the sales representatives had already left at --

A. At 6:00 at night?

Q. Yes.

A. I don't know, because some days there might be more people there than other days. There wasn't like the same people there every day as I was leaving. Just like I'm sure I wasn't there some of the days that other people were leaving. So I can't tell you. I don't know.





2d6da457-38ec-4b80-a228-825ea1751545