IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC.,<br><br>    Defendants. | Civil Action No.: 3:13-cv-00641-CCS |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership, Inc., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment (Doc. 429) entered in this action on the 5th day of February, 2018, the associated Memorandum Opinion (Doc. 427) entered on the 29th day of January 2018 including its findings of fact and conclusions of law, and all prior orders incorporated into the judgment.

            Respectfully submitted,

            s/ Colby S. Morgan, Jr.
            O. John Norris, III (TN Bar No. 017504)
            Craig A. Cowart (TN Bar No. 017316)
            Colby S. Morgan, Jr. (TN Bar No. 005556)
            JACKSON LEWIS P.C.
            999 Shady Grove Rd., Suite 110
            Memphis, TN 38120
            Telephone: (901) 462-2600
            Facsimile: (901) 462-2626

Email: norrisj@jacksonlewis.com
colby.morgan@jacksonlewis.com
craig.cowart@jacksonlewis.com

William J. Anthony (*Admitted Pro Hac Vice*)
JACKSON LEWIS P.C.
18 Corporate Woods Blvd, 3rd Floor
Albany, NY 12211
Telephone: (518) 649-9643
Facsimile: (518) 427-5956
Email: AnthonyW@jacksonlewis.com

D. Christopher Lauderdale (*Admitted Pro Hac Vice*)
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Telephone: (864) 232-7000
Facsimile: (864) 235-1381
Email: LauderdC@jacksonlewis.com

Stephanie L. Adler-Paindiris (*Admitted Pro Hac Vice*)
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
Email: Stephanie.Adler-Paindiris@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of March, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an electronic notification of such filing to the following:

>Martin D. Holmes (TN Bar No. 012122)
>Darrell L. West (TN Bar No. 005962)
>M. Reid Estes, Jr.
>Peter F. Klett, III
>Autumn L. Gentry
>DICKINSON WRIGHT PLLC
>424 Church Street, Suite 800
>Nashville, TN 37219
>Telephone: (615) 244-6538
>Facsimile: (844) 670-6009
>Email: mdholmes@dickinsonwright.com
>dwest@dickinsonwright.com
>restes@dickinsonwright.com
>pklett@dickinsonwright.com
>agentry@dickinsonwright.com

Sherry D. Oneal # P62288
500 Woodward Avenue, Suite 4000
Detroit, MI 4822
Telephone: (313) 223-3500
Email: soneal@dickinsonwright.com

*ATTORNEYS FOR PLAINTIFFS*
*Opt-in Plaintiffs and Collective Class*

>s/ Colby S. Morgan, Jr.
>Counsel for Defendants

4828-9205-5903, v. 1

3