# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | CASE NO. 3:13-cv-641 |
| Plaintiffs, | ) ) | District Judge: Pamela L. Reeves |
| vs. | ) ) | Magistrate Judge Poplin |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment (*Doc. 429*) entered in this action on February 5, 2018, the associated Memorandum Opinion (*Doc. 427*) entered on January 29, 2018, and all prior orders incorporated into the judgment, including but not limited to the Memorandum and Order (*Doc. 223*) entered in this action on March 31, 2017, dismissing the claims of Opt-in Plaintiff Melissa Evans.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Martin D. Holmes
    Martin D. Holmes, # 012122
    Darrell L. West, # 005962
    Peter F. Klett, #012688
    M. Reid Estes, Jr., #009043
    Autumn L. Gentry #20766
    Fifth Third Center, Suite 800
    424 Church Street
    Nashville, TN 37219
    Phone: (615) 244-6538
    mdholmes@dickinsonwright.com
    dwest@dickinsonwright.com
    pklett@dickinsonwright.com
    restes@dickinsonwright.com
    agentry@dickinsonwright.com

    Sherry D. O'Neal #P62288
    500 Woodward Avenue, Suite 4000
    Detroit, MI 48226
    Phone: (313) 223-3500
    soneal@dickinsonwright.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2018, a true and correct copy of the foregoing has been served on the following individuals via the court's electronic service:

| | |
|---|---|
| Craig A. Cowart<br>O. John Norris, III<br>Colby S. Morgan, Jr.<br>JACKSON LEWIS P.C.<br>999 Shady Grove Rd., Suite 110<br>Memphis, TN 38120<br>Craig.cowart@jacksonlewis.com<br>norrisj@jacksonlewis.com<br>morganc@jacksonlewis.com | William J. Anthony<br>JACKSON LEWIS P.C.<br>18 Corporate Woods Boulevard<br>Albany, NY 12211<br>anthonyw@jacksonlewis.com<br><br>D. Christopher Lauderdale<br>JACKSON LEWIS P.C.<br>15 South Main Street, Suite 700<br>Greenville, SC 29601<br>lauderc@jacksonlewis.com |

                /s/ Martin D. Holmes
                Martin D. Holmes

NASHVILLE 57404-1 633955v1