IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC.,<br><br>Defendants. | Civil Action No.: 3:13-cv-00641-PLR-DCP |

## MOTION TO QUASH SUBPOENAS

Jackson Lewis P.C., Wyndham Vacation Resorts, Inc., and Wyndham Vacation Ownership, Inc. (hereinafter "Movants") hereby submit this Motion to Quash Subpoenas seeking the production of timekeeping records and invoices relating to Jackson Lewis P.C.'s representation of Defendants. As described in more detail in the attached Memorandum, the Subpoenas at issue suffer from a multitude of critical deficiencies. The Subpoenas are untimely because discovery is closed and briefing on Plaintiffs' underlying motion for attorneys' fees is practically complete. Only *Plaintiffs'* attorneys' fees are at issue in this case. By demanding information regarding *Defendants'* attorneys' fees, the Subpoenas seek information which is neither relevant nor proportional to the needs of the case. The Subpoenas also seek privileged

information and provide insufficient time to respond.  The Court should quash the Subpoenas for all of these reasons.[1]

                                  Respectfully submitted,

                                  s/ O. John Norris, III
                                O. John Norris, III (TN Bar No. 017504)
Colby S. Morgan, Jr. (TN Bar No. 005556)
Craig A. Cowart (TN Bar No. 017316)
JACKSON LEWIS P.C.
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile:  (901) 462-2626
Email:  norrisj@jacksonlewis.com
colby.morgan@jacksonlewis.com
craig.cowart@jacksonlewis.com

William J. Anthony (Admitted Pro Hac Vice)
JACKSON LEWIS P.C.
18 Corporate Woods Blvd, 3rd Floor
Albany, NY 12211
Telephone: (518) 649-9643
Facsimile: (518) 427-5956
Email: AnthonyW@jacksonlewis.com

D. Christopher Lauderdale
(Admitted Pro Hac Vice)
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Email: Lauder@jacksonlewis.com

*ATTORNEYS FOR MOVANTS*

---

[1] Nevertheless, each issue raised by Movants is an independent ground for quashing the Subpoenas, and the Court need not rule on every issue if it finds one basis to quash.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of April, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an electronic notification of such filing to the following:

>Martin D. Holmes (TN Bar No. 012122)
>Darrell L. West (TN Bar No. 005962)
>Peter F. Klett (TN Bar No. 012688)
>M. Reid Estes, Jr. (TN Bar No. 009043)
>Autumn L. Gentry (Bar No. 20766)
>DICKINSON WRIGHT PLLC
>424 Church Street, Suite 800
>Nashville, TN 37219
>Telephone: (615) 244-6538
>Facsimile: (844) 670-6009
>Email: mdholmes@dickinsonwright.com
>   dwest@dickinsonwright.com
>   pklett@dickinsonwright.com
>   restes@dickinsonwright.com
>   agentry@dickinsonwright.com

>Sherry D. O'Neal # P62288
>500 Woodward Avenue, Suite 4000
>Detroit, MI 4822
>Telephone: (313) 223-3500
>Email: soneal@dickinsonwright.com

>   s/ O. John Norris, III

4812-4080-9058, v. 2