IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE and MICHAEL PEIRCE on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION RESORTS INC., and WYNDHAM VACATION OWNERSHIP, INC.,<br><br>    Defendants. | Case No.: 3:13-cv-00641-DCP |

### NOTICE OF WITHDRAWAL OF OSCAR JOHN NORRIS, III AS ATTORNEY OF RECORD

Oscar John Norris, III, pursuant to LR 83.4 (f) gives notice of his withdrawal as attorney of record for Defendants in the above-referenced case as he is no longer employed with Jackson Lewis P.C. and no longer represents Defendants. Upon the filing of this Notice of Withdrawal, Defendants are still being represented by William J. Anthony, Craig A. Cowart, Colby S. Morgan, Christopher D. Lauderdale and Stephanie L. Adler-Paindiris, attorneys of record for Defendants.

                                            Respectfully submitted,

                                             s/ O. John Norris, III
                                             O. John Norris, III (TN BPR No. 017504)
                                             Youth Villages, Inc.
                                             3320 Brother Blvd.
                                             Memphis, TN 38133
                                             Telephone: (901)251-4913
                                             Facsimile: (901)384-2040
                                             john.norris@youthvillages.org

# CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of May, 2019, I filed the foregoing Notice of Withdrawal of Oscar John Norris, III as Attorney of Record, using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following individuals of record:

          Martin D. Holmes (TN Bar No. 012122)
          Darrell L. West (TN Bar No. 005962)
          Peter F. Klett (TN Bar No. 012688)
          M. Reid Estes, Jr. (TN Bar No. 009043)
          Autumn L. Gentry (Bar No. 20766)
          DICKINSON WRIGHT PLLC
          424 Church Street, Suite 800
          Nashville, TN 37219
          Telephone: (615) 244-6538
          Facsimile: (844) 670-6009
          Email: mdholmes@dickinsonwright.com
                 dwest@dickinsonwright.com
                 pklett@dickinsonwright.com
                 restes@dickinsonwright.com
                 agentry@dickensonwright.com

         *ATTORNEYS FOR PLAINTIFFS AND OPT-IN PLAINTIFFS*

          William J. Anthony
          Craig A. Cowart
          Colby S. Morgan, Jr. (TN BPR No. 005556)
          Christopher D. Lauderdale
          Stephanie L. Adler-Paindiris
          JACKSON LEWIS P.C.
          Email: anthonyw@jacksonlewis.com
                 craig.cowart@jacksonlewis.com
                 colby.morgan@jacksonlewis.com
                 lauderdc@jacksonlewis.com
                 adlers@jacksonlewis.com

         *ATTORNEYS FOR DEFENDANTS*

                            s/ O. John Norris, III