**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 21, 2019

Mr. John L. Medearis
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

> Re:  Case No. 18-5258/18-5298, *Jesse Pierce, et al v. Wyndham Vacation Resorts, Inc., et al*
> Originating Case No. : 3:13-cv-00641

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Briston S. Mitchell
> Case Manager
> Direct Dial No. 513-564-7082

cc:  Mr. William Joseph Anthony
Mr. Craig A. Cowart
Ms. Autumn L. Gentry
Mr. Martin D. Holmes
Mr. Peter F. Klett III
Mr. Colby Shannon Morgan Jr.
Mr. David E. Nagle
Mr. Oscar John Norris III
Mr. Darrell L. West

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-5258/18-5298

_____

Filed: May 21, 2019

JESSE PIERCE; MICHAEL PIERCE, on behalf of themselves and all others similarly situated

　　Plaintiffs - Appellees Cross-Appellants

v.

WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.

　　Defendants - Appellants Cross-Appellees

## MANDATE

　Pursuant to the court's disposition that was filed 04/29/2019 the mandate for this case hereby issues today.

　COSTS:  None