# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM Chambers

**Case #:** 3:13-cv-641  **Date:** June 24, 2019

Pierce  **v.**  Wyndham

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
|  | N/A | Ashley Arnold |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| Martin Holmes | Craig Cowart |  |
| Autumn Gentry | Colby Morgan |  |
| Reid Estes | William Anthony |  |

**Proceedings:**

The parties appeared before the Court via telephone for a status conference. The Court directed the parties to meet and confer to determine whether they can agree on how best to proceed in this litigation. The parties shall submit a status report to Chambers on or before July 10, 2019. If the parties cannot agree on a plan, they may submit separate status reports. The Court will conduct another telephone conference with the parties on July 11, 2019, at 9:00 a.m.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:

☐ Pretrial Conf.:
☐ Motion Hrng:
☑ Status Conf:  7/11/19 at 9:00 a.m. w/ Magistrate Judge Poplin (via telephone).

**Time:** 1:30 p.m.  **to** 1:50 p.m.

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

○ I, _____, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ _ _

Case 3:13-cv-00641-DCP   Document 463   Filed 06/24/19   Page 1 of 1   PageID #: 17960