| AGGREGATE SUMMARY OF SALES TIMESTAMPS FROM PLAINTIFFS' OFF-THE-CLOCK STUDY | | | |
|---|---|---|---|
| HOUR START | HOUR END | SALES COUNT | PERCENTAGE OF TOTAL SALES |
| 1:00:00 AM | 1:59:59 AM | 0 | 0.00% |
| 2:00:00 AM | 2:59:59 AM | 0 | 0.00% |
| 3:00:00 AM | 3:59:59 AM | 0 | 0.00% |
| 4:00:00 AM | 4:59:59 AM | 1 | 0.03% |
| 5:00:00 AM | 5:59:59 AM | 0 | 0.00% |
| 6:00:00 AM | 6:59:59 AM | 0 | 0.00% |
| 7:00:00 AM | 7:59:59 AM | 1 | 0.03% |
| 8:00:00 AM | 8:59:59 AM | 11 | 0.32% |
| 9:00:00 AM | 9:59:59 AM | 37 | 1.07% |
| 10:00:00 AM | 10:59:59 AM | 174 | 5.04% |
| 11:00:00 AM | 11:59:59 AM | 432 | 12.53% |
| 12:00:00 PM | 12:59:59 PM | 648 | 18.79% |
| 1:00:00 PM | 1:59:59 PM | 552 | 16.00% |
| 2:00:00 PM | 2:59:59 PM | 497 | 14.41% |
| 3:00:00 PM | 3:59:59 PM | 396 | 11.48% |
| 4:00:00 PM | 4:59:59 PM | 297 | 8.61% |
| 5:00:00 PM | 5:59:59 PM | 213 | 6.18% |
| 6:00:00 PM | 6:59:59 PM | 104 | 3.02% |
| 7:00:00 PM | 7:59:59 PM | 54 | 1.57% |
| 8:00:00 PM | 8:59:59 PM | 9 | 0.26% |
| 9:00:00 PM | 9:59:59 PM | 9 | 0.26% |
| 10:00:00 PM | 10:59:59 PM | 2 | 0.06% |
| 11:00:00 PM | 11:59:59 PM | 6 | 0.17% |
| 12:00:00 AM | 12:59:59 AM | 6 | 0.17% |
| TOTAL SALES | | 3,449 | 100% |

| SUBTOTAL FOR SALES BEFORE 3:00 P.M. | | | |
|---|---|---|---|
| HOUR START | HOUR END | COUNT | PERCENTAGE |
| 8:00:00 AM | 2:59:59 PM | 2,351 | 68.16% |

EXHIBIT B