# EXHIBIT 5
# AVERAGE NUMBER OF
# ACTUAL HOURS WORKED

# AVERAGE NUMBER OF HOURS WORKED

| NAME | AVERAGE NUMBER OF HOURS WORKED |
|---|---|
| 1. Kisa Abbott | 65 hrs/wk Tr., Vol. VI, 1428:11-15; 1415:2-11; 1421:15-21; 1431:22 - 1332:3 |
| 2. Shannon Abbott | 67.5 hrs/wk[1] - Tr., Vol. V, 1096:2-1097:3; 1100:11-1101:12; 1198:7-10 |
| 3. Claudia Bogardus | 62.5 hrs/wk[2] - Tr., Vol. IV, 955:4-5 |
| 4. James Campbell | 70 hrs/wk - Tr., Vol. IX, 2077:19-2078:7 |
| 5. Danny Chappell | 65 hrs/wk[3] - Tr., Vol. VI, 1340:19-1341:24 |
| 6. Alana Cheij | 55 hrs/wk- Tr., Vol. III, 602:13-22 |
| 7. Russ Cooper | 72.5 hrs/wk[4] - Tr., Vol. IX, 1993:2-5 |
| 8. Jeff Cross | 70+ hrs/wk - Tr., Vol. VI, 1470:17-22 |
| 9. Brenda Davis | 65 hrs/wk5 Tr., Vol. VIII, 1724:18-2; 1737:8-13; 1738:7-17; 1743:22-1744:6; 1749:13-16 |
| 10. Robin Dickerson | 58 hrs/wk Dep. 77:18-24; 78:5-16; 78:19-79:10; 81:16-82:11; 126:14-127:20 |
| 11. Jimmy Dixon | 68 hrs/wk[5] - Dep. 85:7-14; Tr., Vol. VII, 1535:23:1537:19; 1547:19-1547:14; 1557:8-25. |
| 12. James Dodson | 62.5 hrs/wk[6] - Tr., Vol. IV, 845:4-8; 851:1-855:19; 857:13-858:14 |
| 13. Belinda Drew | 65 hrs/wk - Tr., Vol. V, 1172:4-22 |
| 14. Brandon Evans | 62.5 hrs/week[7]-Dep. 114:9-117:8 |
| 15. Thomas Garrett | 65 hrs/wk[8] - Tr., Vol. IX, 1936:3-1939:21 |
| 16. Alexander Grimal | 60 hours/wk – Dep. 101:4-102:24; 145:23-146:18 |
| 17. Stacy Heaton | 65 hrs/wk- Dep. 182:7-8; 189:8-190:5 |
| 18. Lee Johnson | 62.5 hrs/wk[9] - Dep. 90:25-91:3 |

---

[1] Mr. Abbott testified he worked 65-70 hrs/wk.

[2] Ms. Bogardus testified she worked 60-65 hrs/wk.

[3] Mr. Chappell testified that this was similar to the number of hours other sales reps worked.

[4] Mr. Cooper testified he worked 70-75 hrs/wk.

[5] Mr. Dixon testified he worked 50-60 hrs/wk, and performed 12-14 hours of after-hours work each week.

[6] Mr. Dodson testified he worked 60-65 hrs/wk.

[7] Mr. Evans testified he worked 60-65 hrs/wk.

[8] Mr. Garrett testified he worked 60-70 hrs/wk.

| NAME | AVERAGE NUMBER OF HOURS WORKED |
|---|---|
| 19. Mark Kost | 53.33 hrs/wk[10] - Dep. 136:1-137:17-24 |
| 20. Doug Kyle | 60 hrs/wk - Dep. 85:8-22; 72:10-11 |
| 21. Perry Magee | 65 hrs/wk - Tr., Vol. V, 1256:23-25 |
| 22. Laurie McBride | 80 hrs/wk - Dep. 116:8-117:2 |
| 23. Judith McGinty | 60 hrs/wk - Dep. 88:25-89:4 |
| 24. Randolph Navarro | 50 hrs/wk[11] - Dep. 108:5-21 |
| 25. David Nelon | 67 hrs/wk[12] Tr., Vol. I, 228:15-229:5; 239:5-240:12 |
| 26. Roy Patrick Neuenschwander | 67.5 hrs/wk[13] - Dep. 70:19-25; 113:19-22 |
| 27. Jesse Pierce | 80 hrs/wk[14]-Tr., Vol. X, 2289:8-2290:12; 2295:14-2298:4; 2298:5-2300:1; 2305:12-2306:9; 2334:21-2335:1; 2307:6-21; 2321:12-19; 2338:19-2339:23; 2329:20-2331:13 |
| 28. Michael Pierce, Sr. | 72.5 hrs/wk[15]-Tr., Vol. IX, 2131:23-2133:8; 2148:5-10 |
| 29. Richard Rang | 70 hrs/wk Dep. 66:5-67:23; 95:8-12; 107:17-109:14; 112:5-10 |
| 30. Leo Shalhoup | 55 hrs/wk - Dep., Vol II, 50:15-51:21 |
| 31. Tony Siler | 50 hrs/wk[16] - Dep. 141:17-142:5; Tr., Vol. II, 10184:9-13 |
| 32. Rebecca Sloan | 60 hrs/wk Tr., Vol. .III 739:19-24; 743:13-744:10 |
| 33. Bobby Stallings | 61 hrs/wk - Tr., Vol. VIII, 1697:16-20; 11237:18-24 |
| 34. Jeanne Swafford | 50 hours/wk – Dep. 75:4-15; 75:22-76:2; 107:25108:4; 108:20-109:3; 109:9-15 |

---

[9] Mr. Johnson testified he worked 60-65 hrs/wk.

[10] Mr. Kost testified he worked 50-62 hrs/wk each month other than January and February when he worked 40 hrs/wk.

[11] Mr. Navarro testified he worked 40-60 hrs/wk.

[12] Mr. Nelon testified that he worked 50-60 hrs/wk in the office, plus an additional 12hr/wk doing NightLines, Dinner Parties, Homework etc… for a total of 62-72 hrs/wk.

[13] Mr. Neuenschwander testified that he worked on average 65-70 hours/week.

[14] Mr. Pierce testified that he worked 65+ hrs/wk and an additional 15 hrs/wk on the phone off site. Mr. Pierce also testified about the hours worked by others.

[15] Mr. Pierce testified that he worked a minimum of 60 hrs/wk and 10-15 hrs/wk on the phone off site. Mr. Pierce also testified about the hours worked by others.

[16] Mr. Siler testified he worked 50-60 hrs/wk each month other than January and February when he worked 20-30 hrs/wk.

| NAME | AVERAGE NUMBER OF HOURS WORKED |
|---|---|
| 35. Bryan Tesh | 75 hrs/wk[17] - Tr., Vol. VIII, 1854:12-16. |
| 36. Craig Thrift | 65 hrs/wk-Tr., Vol. II, 468:6-15; 482: 2-21; 485:3-11; 507:9-508:24 |
| 37. Brett Williamson | 60 hrs/wk Tr., Vol. VII, 1647:14-18; 1592:4-23; 1640:1-11; 1647:14-18; 1661:9-1662:2 |
| 38. Angela Woods | 50 hrs/wk - Tr., Vol. VI 1318:18-20 |

| AVERAGE NUMBER OF HOURS WORKED | 63.48 HOURS/WEEK |
|---|---|

NASHVILLE 57404-1 622392v2

---

[17] Mr. Tesh testified he worked 65 to "upper 80's" hrs/wk.