IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: 3:13-cv-00641 ) |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF WILLIAM J. ANTHONY
## AS COUNSEL FOR DEFENDANTS

William J. Anthony hereby gives notice, pursuant to Local Rule 83.4(f), of his withdrawal as counsel for Defendants Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership, Inc. Mr. Anthony has joined another law firm and is no longer affiliated with Jackson Lewis P.C. Defendants will continue to be represented by the other Jackson Lewis P.C. counsel of record.

Respectfully submitted,

 s/ William J. Anthony
William J. Anthony *(Admitted Pro Hac Vice)*
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-885-5000
Facsimile: 212-885-5001
Email: wanthony@blankrome.com

# CERTIFICATE OF SERVICE

      I hereby certify that I have this 15th day of January, 2021, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an electronic notification of such filing to the following:

> Martin D. Holmes (TN Bar No. 012122)
> Peter F. Klett (TN Bar No. 012688)
> M. Reid Estes, Jr. (TN Bar No. 009043)
> Autumn L. Gentry (TN Bar No. 20766)
> DICKINSON WRIGHT PLLC
> 424 Church Street, Suite 800
> Nashville, TN 37219
> Email: mdholmes@dickinsonwright.com
>         pklett@dickinsonwright.com
>         restes@dickinsonwright.com
>         agentry@dickinsonwright.com

*ATTORNEYS FOR PLAINTIFFS*
*Opt-in Plaintiffs and Collective Class*

> Colby S. Morgan, Jr. (TN Bar No. 005556)
> Craig A. Cowart (TN Bar No. 017316)
> JACKSON LEWIS P.C.
> 999 Shady Grove Rd., Suite 110
> Memphis, TN 38120
> Email: colby.morgan@jacksonlewis.com
>         craig.cowart@jacksonlewis.com

> D. Christopher Lauderdale *(Admitted Pro Hac Vice)*
> JACKSON LEWIS P.C.
> 15 South Main Street, Suite 700
> Greenville, SC 29601
> Email: christopher.lauderdale@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

                                          s/ William J. Anthony

4845-4104-1231, v. 1