# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSE PIERCE, on behalf of himself and all other similarly situated, | Case No. 3:13-cv-641 |
| *Plaintiffs*, | |
| v. | |
| WYNDHAM VACATION OWNERSHIP, INC., et al., | |
| *Defendants*. | |

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, for further proceedings.[1] Given Judge Shirley's familiarity with the record in this matter, the Court **FINDS** the reassignment appropriate for purposes of judicial efficiency.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Judge Shirley is serving on recall status through February 28, 2022, pursuant to Orders by the Sixth Circuit Judicial Council.