# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| JESSE PIERCE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 3:13-cv-00641-DCP |
| | ) |
| WYNDHAM VACATION RESORTS, INC. | ) |
| and WYNDHAM VACATION | ) |
| OWNERSHIP, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS JEREMY SAINE, RACHAEL TAYLOR, AND SEAN JETER

Defendants Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership, Inc. ("Defendants" or "Wyndham") respectfully move for summary judgment, pursuant to Fed. R. Civ. P. 56, on the claims of the following Opt-in Plaintiffs: Jeremy Saine, Rachael Taylor, and Sean Jeter. These Opt-in Plaintiffs' claims are barred by the doctrine of judicial estoppel, based on their nondisclosure of this lawsuit and their FLSA claims in their respective bankruptcy proceedings.

Respectfully submitted,

s/ Craig A. Cowart
Craig A. Cowart (TN Bar No. 017316)
Colby S. Morgan, Jr. (TN Bar No. 005556)
JACKSON LEWIS P.C.
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
(901) 462-2600
Email: craig.cowart@jacksonlewis.com
colby.morgan@jacksonlewis.com

D. Christopher Lauderdale *(Admitted Pro Hac Vice)*
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Email: christopher.lauderdale@jacksonlewis.com

Peter M. Wendzel (*Admitted Pro Hac Vice*)
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Email: peter.wendzel@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of February, 2021, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an electronic notification of such filing to the following:

>Martin D. Holmes (TN Bar No. 012122)
>Peter F. Klett (TN Bar No. 012688)
>M. Reid Estes, Jr. (TN Bar No. 009043)
>Autumn L. Gentry (TN Bar No. 20766)
>DICKINSON WRIGHT PLLC
>424 Church Street, Suite 800
>Nashville, TN 37219
>Email: mdholmes@dickinsonwright.com
>       pklett@dickinsonwright.com
>       restes@dickinsonwright.com
>       agentry@dickinsonwright.com

*ATTORNEYS FOR PLAINTIFFS*
*Opt-in Plaintiffs and Collective Class*

>s/ Craig A. Cowart
>ATTORNEY FOR DEFENDANTS

4836-6380-6685, v. 1