# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| JESSE PIERCE and MICHAEL PIERCE, on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO. 3:13-cv-641 |
| Plaintiffs, | ) ) ) | Magistrate Judge: C. Clifford Shirley, Jr. |
| vs. | ) ) ) | |
| WYNDHAM VACATION RESORTS, INC., and WYNDHAM VACATION OWNERSHIP, INC., | ) ) ) ) | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) | |

## PLAINTIFFS' STATEMENT OF FACTS PRECLUDING SUMMARY JUDGMENT

Come Plaintiffs and submit this Statement of Facts Precluding Summary Judgment.

1. Since bankruptcy filings are a matter of public records, Defendants were on notice of Jeremy Saine's bankruptcy proceeding as early as December 28, 2018.

    **RESPONSE:**

2. Since bankruptcy filings are a matter of public records, Defendants were on notice of Rachael Taylor's bankruptcy proceeding as early as January 29, 2018.

    **RESPONSE:**

3. Since bankruptcy filings are a matter of public records, Defendants were on notice of Sean Jeter's bankruptcy proceeding as early as May 20, 2014.

    **RESPONSE:**

Respectfully submitted,

DICKINSON WRIGHT PLLC
By: /s/ Martin D. Holmes
    Martin D. Holmes, # 012122
    Peter F. Klett, #012688
    M. Reid Estes, Jr., #009043
    Autumn L. Gentry #20766
    Fifth Third Center, Suite 800
    424 Church Street
    Nashville, TN 37219
    Phone: (615) 244-6538
    mdholmes@dickinsonwright.com
    pklett@dickinsonwright.com
    restes@dickinsonwright.com
    agentry@dickinsonwright.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2021, a true and correct copy of the foregoing has been served on the following individuals via the court's electronic service:

Craig A. Cowart
Colby S. Morgan, Jr.
Jackson Lewis P.C.
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
craig.cowart@jacksonlewis.com
colby.morgan@jacksonlewis.com

D. Christopher Lauderdale
Jackson Lewis P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
christopher.lauderdale@jacksonlewis.com

Peter M. Wendzel
Jackson Lewis P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL  32801
peter.wendzel@jacksonlewis.com

                /s/ Martin D. Holmes
                Martin D. Holmes

4844-6088-9567 v2 [57404-1]